**Order entered March 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00350-CV

## IN RE STEPHEN AARON BERGENHOLTZ, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-51444-2008**

## ORDER

Before Justices Bridges, Stoddart and Schenck

Before the Court is relator's motion for emergency relief. We **DENY** relator's emergency motion at this time. Relator's petition for writ of habeas corpus remains pending.

We **ORDER** Karla Kimbrell, as official court reporter of the 380th Judicial District Court, to ensure that the reporter's record from the trial court's February 27, 2015 contempt hearing is filed on or before **MARCH 23, 2015**.

The Court requests that real party in interest and respondent file their responses to the petition for writ of habeas corpus and the motion for emergency relief, if any, by **MARCH 27, 2015**.

No extensions of the deadlines in this order will be granted absent exigent circumstances.

The Court **DIRECTS** the Clerk to send copies of this order, by electronic transmission, to the Honorable Benjamin Smith, Presiding Judge, 380th Judicial District Court; Karla

Kimbrell, official court reporter, 380th Judicial District Court; Terry G. Box, Collin County Sheriff; and to counsel for all parties.

/s/     DAVID J. SCHENCK
                JUSTICE